■ In the Matter of John Scott, Petitioner, v Glenn S. Goord, as Commissioner of New York State Department of

Correctional Services, Respondent. [724 NYS2d 380] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pigott, Jr., P. J., Pine, Wisner, Scudder and Burns, JJ.